*[Submitting Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*San Francisco Unified School District v. Juul Labs, Inc., et al.*, No. 3:19-cv-08177-WHO | MDL No. 19-md-2913-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of defendants Juul Labs, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani from the action captioned *San Francisco Unified School District v. Juul Labs, Inc., et al.*, No. 3:19-cv-08177-WHO. Defendants Altria Group, Inc., Altria Client Services, LLC, Altria Group Distribution Company, and Philip Morris USA, Inc., are not dismissed pursuant to this stipulation or otherwise and remain defendants to this action.

Dated: December 16, 2022                    Respectfully Submitted,

By:  /s/ *Gregory P. Stone*                         By:  */s/ Thomas P. Cartmell*
     Gregory P. Stone                                    Thomas P. Cartmell
     Bethany W. Kristovich                               WAGSTAFF & CARTMELL LLP
     MUNGER, TOLLES & OLSON LLP                          4740 Grand Avenue, Ste. 300
     350 South Grand Avenue                              Kansas City, MO 64112
     Fiftieth Floor                                      Telephone: (816) 701-1100
     Los Angeles, CA 90071-3426                          Facsimile: (816) 531-2372
     Telephone: (213) 683-3426                           tcartmell@wcllp.com
     Facsimile: (213) 687-3702
     Gregory.stone@mto.com
     Bethany.kristovich@mto.com

By:  */s/ David M. Bernick*                         By:  */s/ Louise H. Renne*
     David M. Bernick                                    Louise H. Renne
     Renee D. Smith                                      Ryan McGinley-Stempel
     KIRKLAND & ELLIS LLP                                RENNE PUBLIC LAW GROUP LLP
     300 N. LaSalle Street                               350 Sansome Street, Suite 300
     Chicago, IL 60654                                   San Francisco, CA 94104
     Telephone: (312) 862-2000                           Telephone: (415) 848-7200
     Facsimile: (312) 862-2200                           Facsimile: (415)848-7230
     David.bernick@kirkland.com
     Renee.smith@kirkland.com

By:  */s/ Peter A. Farrell*                         By:  */s/ Esfand Nafisi*
     Peter A. Farrell, P.C.                              Esfand Nafisi
     Jason M. Wilcox, P.C.                               Law Offices of Esfand Nafisi, P.C.
     KIRKLAND & ELLIS LLP                                330 Sir Francis Drake Blvd., Suite B
     1301 Pennsylvania Avenue, N.W.                      San Anselmo, CA 94960

Washington, D.C. 20004
Telephone: (202) 389-5959
Facsimile: (202) 389-5200
Peter.Farrell@kirkland.com
Jason.wilcox@kirkland.com

Telephone: (415) 747-7466
Esfand@eynlaw.com

*Counsel for Defendant Juul Labs, Inc.*

By:   */s/ James N. Kramer*
James N. Kramer
Kevin M. Askew
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Jkramer@orrick.com
kaskew@orrick.com

*Counsel for Defendant Monsees*

By:   */s/ Eugene Illovsky*
Eugene Illovsky
Kevin Calia
Sharon Frase
BOERSCH & ILLOVSKY LLP
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640
Eugene@boersch-illovsky.com
kevin@boersch-illovsky.com
Sharon@boersch-illovsky.com

*Counsel for Defendant Bowen*

By:   */s/ Michael J. Guzman*
Michael J. Guzman
David L. Schwarz
KELLOGG HANSEN TODD FIGEL & FREDERICK, P.L.L.C.

By:   */s/ Danielle Marie Houck*
Danielle Marie Houck
CHIEF GENERAL COUNSEL
SAN FRANCISCO UNIFIED SCHOOL DISTRICT
555 Franklin Street, Floor 3
San Francisco, CA 94102-4414
Telephone: (415) 241-6054
Facsimile: (415) 241-6371
daniellehouck@sfusd.edu

*Counsel for Plaintiff San Francisco Unified School District*

No. 19-md-2913-WHO         2         JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1615 M Street, N.W. Suite 400
Washington, D.C. 20036
Telephone:  (202) 326-7900
mguzman@kellogghansen.com
dschwarz@kellogghansen.com

*Counsel for Defendants Huh, Pritzker, and Valani*

No. 19-md-2913-WHO     3     JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1 | **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWING:** Defendants Juul Labs, Inc., James Monsees, Adam Bowen, Nicholas Pritzker, Hoyoung Huh, and Riaz Valani are DISMISSED WITH PREJUDICE from the action captioned *San Francisco Unified School District v. Juul Labs, Inc., et al.*, No. 3:19-cv-08177-WHO.

**IT IS SO ORDERED**

Dated: December 19, 2022

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge